IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

DEC 1 5 2017

Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Criminal Action |
| v. ) | No. 17-6174-01-GEB |
| CLAUDIA RODRIGUEZ-OVIEDO, ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**ALIEN IN POSSESSION OF A FIREARM**
[Title 18, U.S.C. Section 922(g)(5)(A)]

On or about July 14, 2017, in the District of Kansas, the defendant,

**CLAUDIA RODRIGUEZ-OVIEDO,**

an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess, in and affecting commerce, an Remington Model R51, 9 mm semi-automatic handgun, serial number 0025104R51, which was not produced in the state of Kansas and had been shipped and transported in interstate or foreign commerce, and was also in possession of 35 rounds of Winchester 9 mm ammunition, ammunition which was not produced in the state of Kansas and had been shipped and transported in interstate or

foreign commerce, in violation of Title 18, United States Code § 922(g)(5)(A) and Title 18, United States Code § 2.

I further state that I am a Deportation Officer with Immigration and Customs Enforcement and that this Complaint is based upon the following facts:

See attached affidavit which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:

     X    Yes         No

_____
Crystal Beveridge
Deportation Officer
Immigration and Customs Enforcement

The above was subscribed and sworn to before me this 15th day of Dec., 2017, at Wichita, Kansas. Further, I find probable cause exists to believe that the above offenses were committed by the defendant named herein, pursuant to Federal Rule of Criminal Procedure 4 and 5.

_____
Honorable Gwynne E. Birzer
United States Magistrate Judge

2

## AFFIDAVIT

In support, Crystal Beveridge, a Deportation Officer for the U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security, deposes and states as follows:

1. I am a Deportation Officer of ICE and have been so employed since September 2012.

2. ICE Deportation Officers have the authority and responsibility to investigate violations of the immigration and nationality laws of the United States, which primarily are found at Titles 8 and 18 of the United States Code.

3. On November 8, 2017, the above-named defendant was identified by Pratt, Kansas, Police Department.

4. Also on November 8, 2017, ICE Enforcement and Removal Operations (ERO) received an IAQ from the Pratt Police Department. This response was based off of the defendant's fingerprints after her local arrest. The hit relayed that the defendant's fingerprint matched with those of an alien illegally in the United States who had been assigned alien number (A204 707 xxx).

5. I reviewed electronic records from the defendant's Immigration Alien File (A204 707 xxx). The documents reflected that Claudia Rodriguez-Oviedo, date of birth 02/02/1985, had previously filed an I-821D, consideration of deferred action for childhood arrivals (DACA). DACA is a use of prosecutorial discretion to defer removal action against an individual for a

3

      certain period of time. Deferred action does not provide lawful status; only persons unlawfully and illegally in the United State qualify for DACA.

6. Pursuant to the defendant's application and DHS records, the defendant last entered the United States on February 15, 2007, with a non-immigrant, B2 visa, temporary visitor for pleasure with an expiration date of July 23, 2007.

7. On November 8, 2017, the defendant waived her *Miranda* rights and voluntarily provided information to Pratt detectives. During the interview, the defendant admitted she owned a handgun.

8. On November 9, 2017, a state district court judge signed a search warrant for 1410 N. Main in Pratt, Kansas, the address where the defendant was residing at the time of her local arrest. On November 10, 2017, detectives recovered a Remington model R51, 9 mm semi-automatic handgun bearing S/N 0025104R51, one partial box (35 rounds) of Winchester 9 mm ammunition and one Ruger Box containing two handgun magazines from the defendant's residence.

9. Furthermore, in discussions with an agent from the Bureau of Alcohol, Tobacco and Firearms (ATF) the aforementioned firearm is not believed to be made/manufactured in the state of Kansas and, therefore, would have traveled in interstate commerce prior to its discovery on November 10, 2017.

Based on the foregoing, I respectfully submit there is probable cause to believe that Claudia Rodriguez-Oviedo has violated Title 18, United States Code § 922(g)(5)(A) and Title 18, United States Code § 2, alien unlawfully in the United States in possession of a firearm.

_____
Crystal Beveridge, Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me this _15th_ day of December 2017.

_____
Gwynne E. Birzer
United States Magistrate Judge
District of Kansas

5